Kimberlee A. Colbo
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GORDON SHEPARD,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | Case No. _____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

      This notice of defendant State Farm Mutual Automobile Insurance Company respectfully shows:

      1.    That on the 10th day of June, 2009, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled <u>Gordon Spehard v. State

- 1 -

<u>Farm Mutual Automobile Insurance Company</u>, Case No. 3AN-09-7956 Civil. Plaintiff's complaint seeks damages in excess of $100,000 exclusive of interest, costs and fees.

    2. That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within thirty (30) days after receipt by defendant State Farm Mutual Automobile Insurance Company of the Summons and Complaint in the above-referenced action. Service of the Summons was accomplished on June 25, 2009. Copies of all papers found by defendant State Farm Mutual Automobile Insurance Company in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

    3. Copies of all papers found by defendant State Farm Mutual Automobile Insurance Company in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

| | |
|---|---|
| Exhibit 1 | Case Description – Superior Court, undated |
| Exhibit 2 | Counsel of Record form, undated |
| Exhibit 3 | Complaint dated May 29, 2009 |
| Exhibit 4 | Summons and Notice to Both Parties of Judicial Assignment dated June 10, 2009 |
| Exhibit 5 | Entry of Appearance filed by Defendant State Farm Mutual Automobile Insurance Company dated July 16, 2009 |

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

| | |
|---|---|
| Exhibit 6 | Demand for Jury Trial filed by Defendant State Farm Mutual Automobile Insurance Company dated July 16, 2009 |
| Exhibit 7 | Answer to Complaint filed by Defendant Date Farm Mutual Automobile Insurance Company dated July 16, 2009 |
| Exhibit 8 | Initial Pretrial Order dated July 17, 2009 |

<u>See</u> Exhibits 1-8, attached.

4. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441 and Section 1446(b), in that it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the remaining parties to this lawsuit.

5. On information and belief, at the time this action was commenced, Plaintiff is a resident of Alaska as alleged in the Complaint.

5. At the time this action was commenced, defendant State Farm Mutual Automobile Insurance Company was, and is, a mutual insurance company organized under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

6. Defendant State Farm Mutual Automobile Insurance Company will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendant State Farm Mutual Automobile Insurance Company gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

DATED at Anchorage, Alaska, this 24th day of July, 2009.

> HUGHES PFIFFNER GORSKI
> SEEDORF & ODSEN, LLC,
> Attorneys for Defendant State Farm
> Mutual Automobile Insurance Company
>
> By: /s/ Kimberlee A. Colbo
> Kimberlee A. Colbo
> ABA No. 9211072
> 3900 C Street, Suite 1001
> Anchorage, AK 99503
> Telephone No: (907) 274-7522
> Facsimile No: (907) 263-8320
> Email: KAC@hpglaw.net

## VERIFICATION

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Kimberlee A. Colbo, being first duly sworn, deposes and states that she is one of the attorneys for State Farm Mutual Automobile Insurance Company, defendant

above named; that she knows the contents of this notice of removal and that the same are true and accurate to the best of her knowledge and belief; and that she voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of State Farm Mutual Automobile Insurance Company.

*Kimberlee A. Colbo*

SUBSCRIBED AND SWORN TO before me this 24th day of July, 2009.

Notary Public in and for Alaska
My Commission expires: 4-08-2011

I hereby certify that a true and correct copy of the foregoing was served via mail on the 24th day of July, 2009 on:

Jeffrey J. Barber
Barber & Sims, LLC
821 N Street, Suite 103
Anchorage, AK 99501

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX