IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT IN ANCHORAGE

GORDON SHEPARD, )
)
           Plaintiff, )
)
vs. )
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
           Defendant. )
_____) Case No. 3AN-09     CI

## COMPLAINT

COMES NOW the plaintiff, GORDON SHEPARD, by and through his attorneys, Barber & Sims, LLC, and for his complaint against defendant State Farm Mutual Automobile Insurance Company does state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Anchorage, Alaska.

2. That at all times material hereto, defendant State Farm Mutual Automobile Insurance Company, hereinafter referred to as "State Farm", was and is an insurance company doing business in the State of Alaska subject to the jurisdiction of this court.

3. That on or about 5/18/08, Katrina Huber negligently operated a 1999 Ford Taurus, Alaska License No. DMF259, VIN 1FAFP53S8XG1384, on Knik Goose Bay Road near Wasilla, Alaska, colliding with the vehicle driven by plaintiff

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

and thereby causing serious injury to plaintiff for which Katrina Huber was liable.

4. That defendant investigated the collision of 5/18/08 and concluded that Katrina Huber caused the collision.

5. That Katrina Huber's negligence caused the collision on 5/18/08.

6. That defendant's investigation indicated that plaintiff did not cause the collision on 5/18/08.

7. That plaintiff did not cause the collision on 5/18/08.

8. That Katrina Huber was liable for plaintiff's past and/or future: medical expense, wage loss, diminished earning capacity, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages to be more fully set forth at trial, all in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS).

9. That Katrina Huber was insured for bodily injury liability coverage in the collision on 5/18/08 by Geico in the amount of $50,000 per person.

10. That on 11/7/08, plaintiff signed a release for the settlement with Katrina Huber for bodily injury liability limits in the amount of $58,571.45.

11. That plaintiff forwarded the release for the settlement with Katrina Huber to defendant.

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

12. That plaintiff's settlement with Katrina Huber exhausted liability bodily injury policy limits.

13. That plaintiff's settlement with Katrina Huber triggered a UIM claim with defendant State Farm.

14. That plaintiff was insured by defendant State Farm in the collision on 5/18/08 for underinsured motorist (UIM) bodily injury coverage in the amount of $300,000 per person and medical payments coverage in the amount of $5,000.

15. That defendant contractually agreed to pay reasonable medical expenses incurred for bodily injury caused by accident pursuant to plaintiff's medical payments coverage.

16. That plaintiff submitted medical bills to defendant pursuant to his medical payments coverage.

17. That defendant reviewed the medical expenses and records for the bills submitted to it pursuant to plaintiff's medical payments coverage.

18. That defendant determined that $5,000 of the medical expenses submitted to it pursuant to plaintiff's medical payments coverage were reasonable and for necessary medical services caused by the accident of 5/18/08.

19. That defendant paid $5,000 of plaintiff's medical expenses pursuant to his medical payments coverage.

20. That defendant is not disputing that the $5,000 that it paid pursuant to plaintiff's medical payments coverage was for medical expenses caused by the collision of 5/18/08.

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

21. That State Farm contractually obligated itself to pay plaintiff the damages for bodily injury that plaintiff is legally entitled to collect from an underinsured driver.

22. That defendant is liable to plaintiff for past and/or future: medical expense, wage loss, diminished earning capacity, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages caused by the underinsured motorist in the 5/18/08 collision pursuant to plaintiff's UIM bodily injury insurance coverage.

23. That plaintiff is entitled to damages for pain, suffering, inconvenience, physical impairment, loss of enjoyment of life, and other nonpecuniary damage for personal injury pursuant to AS 09.17.010(a).

24. That defendant State Farm contractually obligated itself to pay damages for pain, suffering, inconvenience, physical impairment, loss of enjoyment of life, and other nonpecuniary damage for personal injury caused by an underinsured driver when it sold underinsured motorist coverage to plaintiff's family.

24. That plaintiff properly submitted an underinsured motorist claim to defendant for the auto collision of 5/18/08.

25. That an underinsured motorist claim is a first-party claim.

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

26. That the auto collision on 5/18/08 caused, *inter alia*, an open comminuted fracture at the junction of plaintiff's right femur and closed dorsal dislocation of his right first metatarsophalangeal joint requiring surgery on his right femur and closed reduction of his right first finger.

27. That plaintiff incurred the following medical expenses following the collision on 5/18/08:

| Date | Provider | Amount |
|---|---|---|
| 05/18/08 | Mat Su EMS | No chg |
| 05/18/08 | Anchorage Fracture & Orthopedic | $9,057.00 |
| 05/18/08 | Providence - Lifeflight | $7,921.50 |
| 05/18/08 | Providence Anch Anesthesia | $2,142.00 |
| 05/18/08 | Alaska Emergency Medicine | $593.00 |
| 05/18/08 | Alaska Radiology | $277.00 |
| 05/19/08 | Providence Hospital | $29,859.26 |
| 06/04/08 | Anchorage Fracture & Orthopedic | $139.00 |
| 06/04/08 | Providence Imaging | $338.00 |
| 06/04/08 | Alaska Radiology | $107.00 |
| 07/09/08 | Anchorage Fracture & Orthopedic | $243.00 |
| 07/16/08 | Health Quest PT | $235.00 |
| 07/21/08 | Health Quest PT | $225.00 |
| 07/22/08 | Health Quest PT | $225.00 |
| 07/31/08 | Health Quest PT | $225.00 |
| 08/01/08 | Health Quest PT | $225.00 |
| 08/07/08 | Health Quest PT | $225.00 |
| 08/14/08 | Health Quest PT | $225.00 |
| 08/19/08 | Health Quest PT | $225.00 |
| 08/22/08 | Anchorage Fracture & Orthopedic | $139.00 |
| 08/25/08 | Health Quest PT | $225.00 |
| 10/03/08 | Anchorage Fracture & Orthopedic | $254.00 |
| | | $53,104.76 |

28. That defendant is not disputing that these medical expenses set forth in paragraph 27 were caused by the collision on 5/18/08.

29. That the medical expenses described above in paragraph 27 were caused by the collision on 5/18/08.

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

30. That defendant State Farm contractually agreed to pay damages for bodily injury that were caused by an underinsured motor vehicle.

31. That defendant investigated the collision of 5/18/08.

32. That defendant determined that the vehicle which collided with the vehicle driven by plaintiff on 5/18/08 was an underinsured motor vehicle.

33. That defendant communicated its evaluation of plaintiff's UIM claim on 1/23/09.

34. That defendant's position on plaintiff's UIM bodily injury damages was $60,000.

35. That defendant calculated plaintiff's UIM bodily injury damage by evaluating his total personal injury damages compensable under Alaska law, and then offsetting the $50,000 that he received for the tortfeasor's Geico liability limit, and offsetting the $5,000 benefit paid by defendant pursuant to plaintiff's medical payments coverage, i.e., evaluating $115,000 total bodily injury damages.

36. That defendant paid $60,000 to plaintiff for his UIM bodily injury claim.

37. That plaintiff's UIM bodily injury damages exceed $60,000.

38. That plaintiff's bodily injury damages exceed $115,000.

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

39. That defendant State Farm is liable for beach of contract.

WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 29 day of May, 2009.

BARBER & SIMS, LLC
Attorneys for Plaintiff

By: _____
JEFFREY J. BARBER
ABA No. 0111058

Barber & Sims, LLC
ATTORNEYS AT LAW
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

Shepard v State Farm Mutual Automobile Insurance Company
2604 / 01 COMPLAINT
Page 7

PAGE 797 EXHIBIT 3

Case 3:09-cv-00157-RRB   Document 1-4   Filed 07/24/09   Page 7 of 7