Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
    Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GORDON SHEPARD,

                    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Defendant.

Case No. 3:09-CV-00157-RRB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff

Gordon Shepard Vancil and Defendant State Farm Mutual Automobile Insurance

Company, through their respective counsel of record, that all claims in the above-entitled

Stipulation for Dismissal with Prejudice – Page 1
*Shepard v State Farm*, Case No. 3:09-CV-00157-RRB
294567 (220-3856)
Case 3:09-cv-00157-RRB   Document 17   Filed 12/15/10   Page 1 of 3

action be dismissed with prejudice and without costs or attorney fees to any of the parties,

for the reason that the issues presented have been fully resolved.

BARBER & SIMS, LLC
Attorneys for Plaintiff Gordon Shepard

December 15, 2010                    By:    s/Jeffrey S. Barber (Consent)
 Date                                        Jeffrey S. Barber
                                             ABA No. 0111058
                                             821 N Street, Suite 103
                                             Anchorage, AK  99501
                                             Telephone No:  (907) 276-5858
                                             Facsimile No:  (907) 276-5817
                                             Email: jeffb@alaskainjury.com

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
Attorneys for Defendant

December 15, 2010                    By:    s/Kimberlee A. Colbo
 Date                                        Kimberlee A. Colbo
                                             ABA No. 9211072
                                             3900 C Street, Suite 1001
                                             Anchorage, AK  99503
                                             Telephone No:  (907) 274-7522
                                             Facsimile No:  (907) 263-8320
                                             Email:  kcolbo@hglawfirm.net

Stipulation for Dismissal with Prejudice – Page 2
*Shepard v State Farm*, Case No. 3:09-CV-00157-RRB
294567 (220-3856)
Case 3:09-cv-00157-RRB   Document 17   Filed 12/15/10   Page 2 of 3

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 15th day of December, 2010 to:

Jeffrey J. Barber
Barber & Sims, LLC
821 N Street, Suite 103
Anchorage, AK  99501


    s/Kimberlee A. Colbo